AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br><br> Aaron Daniel Delp <br> *Defendant(s)* | ) <br> ) Case No. 2:19-mj-800 <br> ) <br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 08/22/2019 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm or Ammunition by a Prohibited Person |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

*Complainant's signature*

Aaron Green, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct 4, 2019

City and state: Columbus OH

*Judge's signature*

Kimberly A. Jolson, US MJ
*Printed name and title*

# ATTACHMENT A

I, Aaron Green, being duly sworn, depose and state that:

I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since November of 2017. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Aaron Daniel DELP, DOB 05/09/1992, for possession of a firearm and/or ammunition by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On or about August 22, 2019, the Hocking County Sheriff's Office (HCSO) responded to 18650 Laurel Run Road, Nelsonville, Ohio, on a 911 call from Ms. Annette Hopstetter who stated that DELP was at the residence and was threatening Ms. Hopstetter and her son with a firearm. The HCSO also reports that two shots were heard by the dispatcher while on the phone with Mrs. Hopstetter. HCSO Sheriff's Deputies responded to the residence and located DELP in the woods near the residence and ordered him to surrender, to which DELP replied, "You all are going to have to shoot me, I'm not going back to jail". DELP eventually surrendered and was taken into custody without incident. During the search incident to arrest DELP was found to have drug paraphernalia and a small bag of suspected methamphetamine on his person. HCSO Sheriff's Deputies then retrieved a Ruger 10-22, .22 caliber rifle, serial number 124-7466, with a live round in the chamber, as well as a half full magazine laying near the firearm, with a box of .22 caliber ammunition where DELP was hiding prior to being taken into custody.

3. On or about September 17, 2019, ATF determined, based on the description of the Ruger 10-22, .22 caliber rifle, serial number 124-7466, that the rifle was not manufactured in the State of Ohio and would have affected interstate and/or foreign commerce to arrive in Ohio.

4. DELP is further described as a male, white, date of birth 05/09/1992, 6'01" tall, 185 pounds, with a last known address of 4306 Thelma Drive, Obetz, Ohio 43207. DELP has at least one or more of the following State of Ohio felony convictions: Robbery, in violation of R.C. 2911.02, a Felony of the Second Degree. This offense was punishable by a prison term exceeding one (1) year of incarceration.

5. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with federal firearms violations, your affiant believes that probable cause exists to believe that on or around August 22, 2019, Aaron Daniel DELP, a previously convicted felon, did possess a firearm which was not manufactured in the State of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Aaron Green, ATF Special Agent

Sworn to before me and signed in my presence.

_____                    Oct 4, 2019
Honorable Kimberly A. Jolson                    _____
United States Magistrate Judge                  Date